### KAHN *v.* BAMBERGER *et al.*

APPEAL from the *Vanderburgh* Circuit Court.

*Per Curiam.*—This was an action by *Kahn* against the ap-

pellees to recover possession of certain personal property. Issue, trial, verdict and judgment for the defendants.

The case is before us on the evidence, from a careful examination of which we are of the opinion that it wholly fails to sustain the verdict; hence a motion which was made for a new trial should have prevailed.

The judgment below is reversed with costs, and the cause remanded for a new trial.

*Chandler & Hines,* for the appellant.

*A. L. Robinson,* for the appellees.